BAKOS, APPELLEE, *v.* INSURA PROPERTY & CASUALTY
INSURANCE COMPANY ET AL., APPELLANTS.

[Cite as *Bakos v. Insura Prop. & Cas. Ins.
Co.* (1998), 84 Ohio St.3d 1219.]

(No. 97–2431—Submitted October 28, 1998—Decided December 30, 1998.)

---

*Peterson & Zelasko* and *Bradford D. Zelasko,* for appellee.

*McNeal, Schick, Archibald & Biro Co., L.P.A.,* and *Paul W. Ziegler,* for appellant Insura Property & Casualty Insurance Company.

*Weston Hurd Fallon Paisley & Howley L.L.P., John G. Farnan, Hilary S. Taylor* and *William H. Baughman, Jr.*, for appellant St. Paul Fire & Marine Insurance Company.

---

The cause is dismissed for want of conflict within the meaning of S.Ct.Prac.R. IV(2)(B).

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

---

**COOK, J., dissenting.** I respectfully dissent from the decision to dismiss this case as improvidently certified and, if addressing this case on the merits, would affirm the decision of the court of appeals.